KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Chief, Criminal Division

EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00430 MMC |
| Plaintiff, ) | STIPULATION AND ORDER EXCLUDING TIME FROM SPEEDY TRIAL CALCULATION |
| v. ) | |
| DAVID QUI LAM, ) | |
| Defendant. ) | |

    With the agreement of the parties, the Court enters this Order continuing the trial setting/status conference presently set in this case for March 15, 2006 to March 22, 2006 and excluding the intervening time period under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

    1. The Defendant was scheduled to make his first appearance before the Court on March 8, 2006, at 2:30 p.m. On February 21, 2006, the Court notified the parties that it had re-set the Defendant's appearance, sua sponte, from March 8, 2006 to March 15, 2006, at 2:30 p.m.

    2. Undersigned counsel are both unavailable on March 15, 2006. The parties therefore request that the Court continue the trial setting/status conference from March 15, 2006 to March 22, 2006, at 2:30 p.m. and exclude the intervening time period from the Speedy Trial Act calculation. The Defendant is out of custody on his own recognizance.

STIPULATION AND ORDER
CR 05-00430 MMC

3. In addition, the Defendant intends to enter a guilty plea on March 22, 2006. Accordingly, the parties further request that the March 22, 2006 calendar reflect an anticipated change of plea hearing on that date.

4. In light of counsels' unavailability on March 15, 2006, the parties stipulate that the failure to grant the requested exclusion of time would unreasonably deny both parties continuity of counsel, that the ends of justice would be served by the Court excluding the proposed time period, and that these ends outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A), (B)(iv).

SO STIPULATED.

DATED:__March 13, 2006_____        __/S/ BRIAN H. GETZ_____
                                         BRIAN H. GETZ
                                         Attorney for Defendant David Lam


DATED:___March 13, 2006_____           _/S/ EDWARD TORPOCO_____
                                         EDWARD TORPOCO
                                         Assistant United States Attorney

In light of the foregoing facts, and with the consent of the parties, the Court hereby re-schedules the trial setting/status conference presently set in this case for March 15, 2006 to March 22, 2006, at 2:30 p.m., and excludes the intervening time period under the Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 14, 2006                    _____
                                         HON. MAXINE M CHESNEY
                                         United States District Judge

STIPULATION AND ORDER
CR 05-00430 MMC                                  2